# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Norton, David C. | U.S. District Court | 07/22/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

P.O. Box 835
Charleston, SC 29402

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Article 5 Trust |
| 2. Trustee | Article 6 Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Web MD - Editorial Stipend |
| 2. | 2019 | Private Consulting |
| 3. | 2019 | Medical Director, Sharing Hope |
| 4. | 2019 | Newberry Pathology Associates - Autopsy Services |
| 5. | 2019 | Springer Publishing - Book Royalties |
| 6. | 2019 | Medical Director, LifeHope Labs, Atlanta, GA |
| 7. | 2019 | Editor, Cambridge University Press and College of American Pathologists Press |
| 8. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bar Association - educational seminar | 01/17/2019 to 01/18/2019 | Amelia Island, FL | Activity of professional association | Transportation, lodging & food. |
| 2. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Norton, David C. | 07/22/2020 |

3. _____  _____  _____  _____  _____

4. _____  _____  _____  _____  _____

5. _____  _____  _____  _____  _____

| Name of Person Reporting | Date of Report |
| --- | --- |
| Norton, David C. | 07/22/2020 |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/22/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.    AES Corp | | None | J | T | | | | | |
| 2.    Apergegy Corp | | None | J | T | | | | | |
| 3.    AT &T #1 | A | Dividend | J | T | | | | | |
| 4.    BP PLC ADR | A | Dividend | K | T | | | | | |
| 5.    Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 6.    Chevron Corp #1 | A | Dividend | K | T | | | | | |
| 7.    Comcast Corp CL A #1 | A | Dividend | J | T | | | | | |
| 8.    Corteva Inc | A | Dividend | J | T | Spinoff<br>(from line 11) | 06/03/19 | J | | |
| 9.    Walt Disney Co #1 | A | Dividend | K | T | | | | | |
| 10.   Dover | A | Dividend | K | T | | | | | |
| 11.   Dow Inc #1 | A | Dividend | J | T | | | | | |
| 12.   Dupont De Nemours Inc | A | Dividend | J | T | Spinoff<br>(from line 11) | 06/03/19 | J | | |
| 13.   Eli Lilly & Co #1 | A | Dividend | K | T | | | | | |
| 14.   Emerson Electric | A | Dividend | K | T | | | | | |
| 15.   Energy Transfer Partners LP #1 | | None | K | T | | | | | |
| 16.   Fidelity Hereford Street Trust Daily Govt MM #1 | | None | L | T | | | | | |
| 17.   General Electric Co #1 | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Global Pmts Inc | A | Dividend | L | T | Spinoff<br>(from line 85) | 09/01/19 | L | | |
| 19. Knowles Corporation | | None | J | T | | | | | |
| 20. 3M Company A | | None | | | Sold | 11/05/19 | J | D | |
| 21. Pfizer Inc #1 | A | Dividend | K | T | | | | | |
| 22. Proctor & Gamble #1 | A | Dividend | L | T | | | | | |
| 23. South State Corp Com # 1 | B | Dividend | L | T | | | | | |
| 24. Suntrust Banks Inc | B | Dividend | K | T | | | | | |
| 25. Synovus Financial Corp | A | Dividend | J | T | | | | | |
| 26. Trust Finl Corp Com | | None | N | T | Merged<br>(with line 25) | 12/09/19 | N | | |
| 27. Wabtec Corp Inc | | None | J | T | Spinoff<br>(from line 28) | 02/25/19 | J | | |
| 28. Westinghouse Air Brake Technologies Corp | | None | | | | | | | |
| 29. Zimmer Biomet Hldgs Inc | A | Dividend | J | T | | | | | |
| 30. Advantix Inc | | None | J | T | | | | | |
| 31. Alcoa Inc | | None | J | T | | | | | |
| 32. Altria Group | A | Dividend | J | T | | | | | |
| 33. American Express Co | A | Dividend | J | T | | | | | |
| 34. Amgen Inc | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Arconic Inc | A | Dividend | J | T | | | | | |
| 36.  AT&T Inc #2 | A | Dividend | K | T | | | | | |
| 37.  Avanos Medical Inc | | None | J | T | | | | | |
| 38.  Bank of America #1 | A | Dividend | J | T | | | | | |
| 39.  Bank of New York Mellon Corp | A | Dividend | J | T | | | | | |
| 40.  Berkshire Hathaway Inc Cl B | | None | K | T | | | | | |
| 41.  Charter Communications | | None | J | T | | | | | |
| 42.  Chevron Corp #2 | A | Dividend | K | T | | | | | |
| 43.  Cisco Sys Inc | A | Dividend | K | T | | | | | |
| 44.  Citigroup Inc | A | Dividend | K | T | | | | | |
| 45.  Fidelity Money Market Account | A | Interest | J | T | | | | | |
| 46.  Fidelity Money Market Account | A | Interest | K | T | | | | | |
| 47.  Coca-Cola Co | A | Dividend | K | T | | | | | |
| 48.  Comcast Corp CL A #2 | A | Dividend | J | T | | | | | |
| 49.  Corteva Inc | A | Dividend | J | T | Spinoff<br>(from line 51) | 06/03/19 | J | | |
| 50.  Walt Disney Co #2 | A | Dividend | L | T | | | | | |
| 51.  Dow Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, David C.** | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Dupont De Nemours Inc | A | Dividend | J | T | Spinoff<br>(from line 51) | 06/03/19 | J | | |
| 53. DXC Technology Co. | | None | J | T | | | | | |
| 54. Duke Energy | A | Dividend | J | T | | | | | |
| 55. Exxon Mobil Corp #1 | A | Dividend | J | T | | | | | |
| 56. Fidelity Hereford Street Trust Daily MM #2 | | None | K | T | | | | | |
| 57. Garret Motion Inc | | None | J | T | | | | | |
| 58. General Electric #2 | A | Distribution | J | T | | | | | |
| 59. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 60. Hartford Financial Services Group | A | Dividend | J | T | | | | | |
| 61. Hewlett Packard Inc Com | A | Dividend | J | T | | | | | |
| 62. Home Depot Inc | B | Dividend | M | T | | | | | |
| 63. Honeywell Intl Inc | A | Dividend | K | T | | | | | |
| 64. Johnson & Johnson | | None | | | Sold | 11/05/19 | J | A | |
| 65. Kimberly Clark | A | Dividend | J | T | | | | | |
| 66. Kraft-Heinz Foods Inc CL A | A | Dividend | J | T | | | | | |
| 67. Lincoln National Corp | A | Dividend | K | T | | | | | |
| 68. McDonalds Corp | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Merck & Co Inc New | A | Dividend | J | T | | | | | |
| 70. Micro Focus Intl | | None | J | T | | | | | |
| 71. Microsoft Corp | A | Dividend | K | T | | | | | |
| 72. Mondelez Intl Inc Com | | None | J | T | | | | | |
| 73. JP Morgan Chase & Co | A | Dividend | K | T | | | | | |
| 74. Nokia Corp | A | Dividend | K | T | | | | | |
| 75. Pepsico Inc | A | Dividend | K | T | | | | | |
| 76. Perspecta Inc | | None | J | T | | | | | |
| 77. Pfizer Inc #2 | A | Dividend | K | T | | | | | |
| 78. Phillip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 79. Proctor & Gamble #2 | A | Dividend | K | T | | | | | |
| 80. Promontory FDIC - Joint Non Qualified Acct. | | None | N | T | | | | | |
| 81. Promontory FDIC - Article 6 Trust | | None | O | T | | | | | |
| 82. Promontory FDIC - Article 5 Trust | | None | M | T | | | | | |
| 83. Residio Technologies Inc | | None | J | T | | | | | |
| 84. Texas Instruments Inc | A | Dividend | L | T | | | | | |
| 85. Total System Services Inc | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, David C.** | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Travelers Companies Inc | A | Dividend | K | T | | | | | |
| 87. Verizon Communications #1 | A | Dividend | J | T | | | | | |
| 88. Wabtec Inc | | None | J | T | Merged (with line 89) | 02/25/19 | J | | |
| 89. Westinghouse Air Brake Technologies Corp | | None | | | | | | | |
| 90. Bank of America #2 | A | Int./Div. | K | T | | | | | |
| 91. Chemours Co | A | Dividend | J | T | | | | | |
| 92. Chevron Corp #3 | A | Dividend | L | T | | | | | |
| 93. CSX Corp | A | Dividend | M | T | | | | | |
| 94. Corteva Inc | A | Dividend | J | T | Spinoff (from line 95) | 06/03/19 | J | | |
| 95. Dow Inc | A | Dividend | J | T | | | | | |
| 96. Dupont De Nemours Inc | A | Dividend | J | T | Spinoff (from line 95) | 06/03/19 | J | | |
| 97. Eli Lilly & Co #2 | A | Dividend | M | T | | | | | |
| 98. Energy Transfer Partners LP #2 | A | Dividend | K | T | | | | | |
| 99. Exxon Mobil Corp #2 | A | Dividend | K | T | | | | | |
| 100. General Electric Co | A | Dividend | K | T | | | | | |
| 101. IBM | B | Dividend | L | T | | | | | |
| 102. Motorola Solutions Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Norfolk Southern | B | Dividend | N | T | | | | | |
| 104. South State Corp Com #2 | B | Dividend | M | T | | | | | |
| 105. Wells Fargo & Co | A | Dividend | K | T | | | | | |
| 106. At&T Inc #3 | A | Dividend | K | T | | | | | |
| 107. Bank of America Corp | A | Dividend | K | T | | | | | |
| 108. Chevron Corp #4 | A | Dividend | L | T | | | | | |
| 109. Citigroup Inc Com New | A | Dividend | K | T | | | | | |
| 110. Corteva Inc | A | Dividend | J | T | Spinoff (from line 111) | 06/03/19 | J | | |
| 111. Dow Inc | A | Dividend | J | T | | | | | |
| 112. Dupont De Nemours Inc | A | Dividend | J | T | Spinoff (from line 111) | 06/03/19 | J | | |
| 113. IBM | A | Dividend | L | T | | | | | |
| 114. JNL Growth Allocation | A | Dividend | L | T | | | | | |
| 115. JNL American Balanced | A | Dividend | L | T | | | | | |
| 116. JNL American Funds Global Bond | A | Dividend | J | T | | | | | |
| 117. JNL Invesco Small Cap Growth | A | Dividend | L | T | | | | | |
| 118. JNL JP Morgan Midcap Growth | A | Dividend | L | T | | | | | |
| 119. JNL Mellon Capital Consumer Disretionary Sector | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  JNL Mellon Capital Healthcare Sector | A | Dividend | L | T | | | | | |
| 121.  JNL Mellon Capital Nasdaq 100 | A | Dividend | L | T | | | | | |
| 122.  JNL S&P 4 | A | Dividend | L | T | | | | | |
| 123.  JNL S&P Competive Advantage | A | Dividend | L | T | | | | | |
| 124.  JNL T Rowe Price Established Growth | A | Dividend | L | T | | | | | |
| 125.  Promontory FDIC- David IRA | | None | O | T | | | | | |
| 126.  Wabtec Inc | A | Dividend | J | T | Spinoff<br>(from line 128) | 02/25/19 | J | | |
| 127.  Wells Fargo Co | A | Dividend | J | T | | | | | |
| 128.  Westinghouse Air Brake Technolgies Corp | | None | | | | | | | |
| 129.  Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 130.  Fidelity Hereford Street Trust Daily MM #3 | | None | J | T | | | | | |
| 131.  General Electric Cap Corp | A | Dividend | K | T | | | | | |
| 132.  JNL Growth Allocation | A | Dividend | L | T | | | | | |
| 133.  JNL American Funds Balanced | A | Dividend | L | T | | | | | |
| 134.  JNL Invesco Small Cap Growth | A | Dividend | L | T | | | | | |
| 135.  JNL Morgan Midcap Growth | A | Dividend | L | T | | | | | |
| 136.  JNL Mellon Capital Consumer Disretionary Sector | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. JNL Mellon Capital Heathcare Sector | A | Dividend | L | T | | | | | |
| 138. JNL Mellon Capital Nasdaq 100 | A | Dividend | L | T | | | | | |
| 139. JNL S&P 4 | A | Dividend | L | T | | | | | |
| 140. JNL S&P Competive Advantage | A | Dividend | L | T | | | | | |
| 141. JNL T Rowe Price Established Growth | A | Dividend | L | T | | | | | |
| 142. Wells Fargo Co | A | Dividend | J | T | | | | | |
| 143. AT&T Inc | A | Dividend | K | T | | | | | |
| 144. CSX Corp | A | Dividend | M | T | | | | | |
| 145. Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 146. South State Bank | C | Interest | L | T | | | | | |
| 147. North Carolina Rental Property !00% Transylvania County, NC | A | Rent | P1 | W | | | | | |
| 148. Lain Farm, Johnson County, Indiana | E | Rent | P1 | W | | | | | |
| 149. South Carolina State Deferred Comp Plan | A | Dividend | L | T | | | | | |
| 150. South Carolina State Retirement Plan | B | Dividend | M | T | | | | | |
| 151. MassMutual Life Ins (MML Equity Fund Portfolio) | A | Dividend | J | T | | | | | |
| 152. Russell 2000 Index - Kim IRA | A | Dividend | K | T | | | | | |
| 153. S & P 500 Index - Kim IRA | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  MSCI EAFE - Kim IRA | A | Dividend | K | T | | | | | |
| 155.  Promontory FDIC MM - Kim IRA | | None | O | T | | | | | |
| 156.  Russell 2000 Index - Kim Non Qualified Acct. | A | Dividend | K | T | | | | | |
| 157.  S & P 500 Index - Kim Non Qualified Acct. | B | Dividend | M | T | | | | | |
| 158.  MSCI EAFE - Kim Non Qualified Acct. | A | Dividend | K | T | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanations for Part VII.  Investments and Trusts

1.  The rental property listed in Part VII, line 147 is located in Translyvania County, North Carolina, USA.

2.  Lain Farm listed on line 148.

Lain Farm            value cost R    Annual Rental Income E  (This property was purchased in 1981 and is located outside the city limits in Johnson County, Indiana, USA.Life Valuemark II

3.  Article 5 Trust consist of lines:44, 82, 90-113, 126, 128-131,  and 142-145.

4.  Article 6 Trust consist of lines: 30-43, 45-66, 68-79, 81, 83-84, 86-89, and 127 .

5. On 06/03/2019 there was split of Dow Inc into Corteva lines 8, 49, 95 and 111 and Dupont De Nemours Inc. lines 12, 52, 97, and 113.

6.  Line 86, Travelers Companies Inc should have been listed as partial sale instead of sale thus leaving asset as part of the investments.

7. Preparer was unable to show Westinghouse Air Brake Technologies Corp lines 28, 89, and 128 as a merger on 02/25/2019 forming the American company Wabtec Inc. thus elimination Westinghouse Air Bake Technolgies Corp for the 2020 FDR Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Norton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544